AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
18 U.S.C. 641 - Theft of Government Property

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year supervised release

### DEFENDANT - U.S.
▶ Lindsey C. Colbert a/k/a Lindsey Charles Bishop, Jr.

**DISTRICT COURT NUMBER**
CR07-00607  ~~CR07-00607~~
CR07-00606  WDB

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

### PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any)**
U.S. Department of Homeland Security, Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**Name and Office of Person Furnishing Information on THIS FORM**  SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y** (if assigned)  H.H. (Shashi) Kewalramani

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
2007 SEP 24  AM 11: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Fax: (510) 637-3724
Shashi.Kewalramani@usdoj.gov

E-filing

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00606 WDB |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 641- Theft of Government Funds (Class A Misdemeanor) |
| v. | |
| LINDSEY C. COLBERT, a/k/a Lindsey Charles Colbert Jr., | OAKLAND VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about October 10, 2005, in the Northern District of California, the defendant,

LINDSEY C. COLBERT,
a/k/a Lindsey Charles Colbert Jr.,

did knowingly embezzle, steal, purloin, and knowingly convert to his use and the use of another money belonging to the United States and a department and agency thereof, namely, Federal Emergency Management Agency disaster relief funds intended for victims of Hurricane Katrina, and did receive, conceal, and retain such money with the intent to convert it to his gain, knowing

///

INFORMATION

Document No.
District Court
Criminal Case Processing

1  it to have been embezzled, stolen, purloined, and converted, all in violation of Title 18, United
2  States Code, Section 641, a Class A misdemeanor.

4  DATED: SEPTEMBER 21, 2007

SCOTT SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: _____)
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

INFORMATION