

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

Ronald V. Dellums Federal Building            (510) 637-3680
1301 Clay Street, Suite 340S
Oakland, California 94612-5217            FAX (510) 637-3724

October 2, 2007

**VIA E-FILING**

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Lindsey C. Colbert</u> CR 07-00606 WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on October 25, 2007 for an initial appearance and arraignment.

                                          Very Truly Yours,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                                          CHAN GREWAL
                                          Law Clerk