SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (NYSBN 2468254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Telefax:   (510) 637-3724
   E-Mail:   maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>LINDSEY COLBERT,<br>    Defendant. | Case No. CR 07-00606 WDB<br><br>**MOTION FOR SUMMONS** |

    Based on the facts set forth in the Declaration of Chan Grewal in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Lindsey Colbert, 19983 Forest Street, Apt. #15, Castro Valley, CA, 94546. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                          Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney

Dated:  10-23-2007                    /S/
                                          MAUREEN BESSETTE
                                          Assistant United States Attorney