SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (NYSBN 2468254)
Assistant United States Attorney

CHAN GREWAL
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDSEY COLBERT, )<br>)<br>Defendant. )<br>_____ ) | Case No. CR 07-00606 WDB<br><br>**DECLARATION OF CHAN GREWAL IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |

I, Chan Grewal, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from agents employed by the United States Postal Service, Office of the Inspector General.

2. On August 25, 2005 Hurricane Katrina hit the United States.

3. On or about October 10, 2005, Lindsey Colbert contacted FEMA via telephone and applied for Hurricane Katrina disaster assistance by stating that 1) his primary residence was 3720 Magnolia Street, Apt. #54, Beaumont, TX 77703; 2) his home was damaged by the disaster; 3) he was displaced to a family/friend's dwelling after the hurricane; 4) his personal property was

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-00606 WDB

damaged by the disaster; and 5) access to his home was restricted due to a mandatory evacuation after the disaster.

4. On October 12, 2005, FEMA issued Colbert a $2,000 U.S. Treasury Check as "Housing Assistance." Colbert received the check at his Castro Valley address and cashed it at Cash & Go Inc. in Castro Valley, CA as proven by FEMA National Emergency Management Information System records.

5. On June 12, 2006, Special Agent Zurvohn Maloof of the U.S. Department of Homeland Security (DHS OIG) interviewed Colbert regarding the $2,000 disaster relief check he received from FEMA. The interview occurred at Colbert's residence in Castro Valley, CA. Agent Kristine Kearney, Postal Inspector, United States Postal Service (USPIS), was also present during the interview. Both agents identified themselves as Federal Agents with the DHS OIG and USPIS, respectively, before questioning Colbert. During the interview, Colbert admitted that he applied for Hurricane Katrina disaster relief funds under false pretenses. He further admitted to receiving, endorsing, and cashing the $2,000 U.S. Treasury check issued to him by FEMA.

6. Colbert stated that he has lived in Castro Valley, CA for the past two years. He stated that, prior to moving to Castro Valley, CA, he lived at 3685 Blossom Road, Beaumont, TX, and since moving has occasionally returned to Texas. He further stated that he decided to move out of Texas to avoid a criminal charge filed against him in that state.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed October 23, 2007, in Oakland, California.


DATED: 10-23-2007                    Respectfully submitted,

                                     SCOTT N. SCHOOLS
                                     United States Attorney



                                     _____/s/_____
                                     CHAN GREWAL
                                     Law Clerk

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-00606 WDB                         -2-