SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**
OCT 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00606 WDB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER FOR SUMMONS |
| LINDSEY COLBERT, | |
| Defendant. | |

Having reviewed the Declaration of Chan Grewal, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Lindsey Colbert, 19983 Forest Street, Apt. #15, Castro Valley, CA 94546, to appear on November 13, 2007 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 10-24-07

WAYNE D. BRAZIL
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-00606 WDB