

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

Ronald V. Dellums Federal Building
1301 Clay Street, Suite 340S
Oakland, California 94612-5217

(510) 637-3680

FAX (510) 637-3724

November 30, 2007

**VIA E-FILING**

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California 94612

    Re:    <u>United States v. Lindsey C. Colbert</u> CR 07-00606 WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on December 10, 2007 for an initial appearance and arraignment.

                      Very Truly Yours,

                      SCOTT N. SCHOOLS
                      United States Attorney

                      /s/ Chan Grewal
                      CHAN GREWAL
                      Law Clerk