SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

MAUREEN BESSETTE (00796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-07-00606 WDB |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | |
| LINDSEY C. COLBERT, | ) | **SUBSTITUTION OF ATTORNEY** |
| | ) | |
| Defendant. | ) | |

Please take notice that as of October 24, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address is listed below was assigned to be counsel for the government.

    Assistant U.S. Attorney Maureen Bessette
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3691
    Maureen_Bessette@usdoj.gov

DATED: December 20, 2007    Respectfully submitted,

    SCOTT N. SCHOOLS
    United States Attorney

    _____/s/_____
    MAUREEN BESSETTE
    Assistant United States Attorney