JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CASBN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant U.S. Attorney

  1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3691
Fax: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> LINDSEY COLBERT, <br> (a/k/a Lindsey Charles Colbert, Jr.) <br>     Defendant. | Case No. CR-07-00606-WDB <br><br> **MOTION FOR BENCH WARRANT** |

      Based on the facts set forth in the Declaration of Sarala V. Nagala, the United States moves for the issuance of a bench warrant for the defendant Lindsey Charles Colbert. The facts contained in the declaration establish that the defendant has failed to appear in court for his initial appearance after receiving four summons. The facts further establish that there is probable cause to believe that the defendant, Lindsey Charles Colbert, has committed the crimes with which he has been charged.

//

//

//

MOTION FOR BENCH WARRANT
Case No. CR-07-00606-WDB

Thus, the United States respectfully requests that the Court issue an arrest warrant with bail set in the amount of $25,000 for Lindsey Charles Colbert, in order to assure his appearance in court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   2/11/2008

/s/
MAUREEN C. BESSETTE
Assistant U.S. Attorney