1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant U.S. Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724

8  Attorneys for Plaintiff

FILED

FEB 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No. CR-07-00606-WDB |
| Plaintiff,                             ) | |
|                                        ) | **ORDER FOR WARRANT** |
| v.                                     ) | |
|                                        ) | |
| LINDSEY COLBERT,                       ) | |
| (a/k/a Lindsey Charles Colbert, Jr.)   ) | |
| Defendant.                             ) | |

Good cause appearing, it is hereby ordered that a bench warrant with bail set in the amount of $25,000 shall immediately issue for the arrest of the defendant, Lindsey Charles Colbert. This Order is based on a finding by this Court that the facts set forth in the attached Declaration of Sarala V. Nagala demonstrate probable cause that the defendant has committed the crimes with which he is charged, and that previous efforts by the government to obtain the defendant's appearance in court by giving notice have been unsuccessful. In light of these unsuccessful

*cc: WDB's stats, Copy to parties via ECF, 2 certified copies to Marshal*

Order for Warrant
CR-07-00606

1 | efforts to procure the defendant's appearance by other means, this Court finds that a bench
2 | warrant is necessary to secure the defendant's appearance in court on this charge.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated: 2/12/08
           
WAYNE D. BRAZIL
United States Magistrate Judge

Order for Warrant
CR-07-00606